UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY MANN

        Plaintiff,

Case No. 07-CV-12857

v.

Judge: George Caram Steeh

GINO J. AGNELLO, et al
        Defendant.
_____/

## NOTICE OF CORRECTION

Docket entry number __9__ filed __12/11/07__ has been modified. The explanation for the correction is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☐ | The corresponding document image was missing or incomplete. |
| **X** | The wrong document image was associated. |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| ☐ | The docket text was changed. |
| ☐ | Other: |

If you need further clarification or assistance, please contact Marcia Beauchemin at 234-5177 .

DAVID J. WEAVER, CLERK OF COURT

  s/Denise A. Hamel
Deputy Clerk

Date: January 25, 2008